

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Friday, October 30, 2015

Ms. Reba Squyres Clerk
Angelina County District Court
P. O. Box 908
Lufkin, TX 75902-0908

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 02 2015

TYLER, TEXAS
PAM ESTES, CLERK

RE:     Case Number:  15-0037
        Court of Appeals Number:  12-13-00344-CV
        Trial Court Number:  CV-01271-12-3

Style:  LOUIE LAWSON, REPRESENTATIVE OF THE ESTATE OF CAROLYN BURNS
        v.
        CITY OF DIBOLL, TEXAS

Dear Ms. Squyres:

The judgment of the Supreme Court of Texas is final in the above referenced cause and the enclosed mandate was issued today. Enclosed with the mandate is a certified copy of our cost bill showing charges and payments as reflected by the record for your use in settlement between the parties.

Sincerely,

Blake A. Hawthorne, Clerk

by Monica Zamarripa, Deputy Clerk

cc:     Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)
        Sammy Johnson II (DELIVERED VIA E-MAIL)
        Mr. Robert T. Cain Jr. (DELIVERED VIA E-MAIL)

FILE COPY

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 02 2015

TYLER TEXAS
PAM ESTES, CLERK

# IN THE SUPREME COURT OF TEXAS

## NO. 15-0037

### LOUIE LAWSON, REPRESENTATIVE OF THE ESTATE OF CAROLYN BURNS, PETITIONER

V.

### CITY OF DIBOLL, TEXAS, RESPONDENT

## MANDATE

**To the Trial Court of Angelina County, Greetings:**

Before our Supreme Court on September 18, 2015, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **15-0037** in the Supreme Court of Texas

No. **12-13-00344-CV** in the **Twelfth** Court of Appeals

No. **CV-01271-12-3** in the **159th District Court** of **Angelina** County, Texas, was

determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Twelfth District, and having considered the appellate record and counsel's briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) The case is remanded to the trial court for further proceedings consistent with this Court's opinion; and

3) Louie Lawson shall recover, and the City of Diboll, Texas, shall pay, the costs incurred in this Court.

Copies of this Court's judgment and opinion are certified to the Court of Appeals for the Twelfth District and to the District Court of Angelina County, Texas, for observance.

**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,

with the seal thereof annexed, at the City of Austin, this the 30th day of October, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk

FILE COPY

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 02 2015

TYLER TEXAS
PAM ESTES, CLERK

# IN THE SUPREME COURT OF TEXAS

## NO. 15-0037

LOUIE LAWSON, REPRESENTATIVE OF THE ESTATE OF CAROLYN BURNS, Petitioner

V.

CITY OF DIBOLL, TEXAS, Respondent

No. *CV-01271-12-3* in the *159th District Court*, *Angelina* County

## BILL OF COSTS

### *Petition for Review*

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Miscellaneous Motion | $10.00 | $10.00 | Paid by City of Diboll |
| Petition for Review Filed | $145.00 | $145.00 | Paid by Louis Lawson |
| Clerk's Record | $163.00 | Unknown | 1 Volume |
| Reporter's Record | $125.00 | Unknown | 1 Volume |

Balance of costs owing to the Supreme Court of Texas: **0.00**

---

*Louie Lawson shall recover, and the City of Diboll, Texas, shall pay, the costs incurred in this Court.*

---

**I, BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

Page 1 of 2

FILE COPY

with the seal thereof annexed, at the City of Austin, this the 30th day of October, 2015.

BLAKE A. HAWTHORNE, Clerk

By Monica Zamarripa, Deputy Clerk